UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| LESTER JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 4:06-CV-12AS |
| ) | |
| TERRY GOODMAN, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Lester Jones, a *pro se* prisoner, filed a Request for Reconsideration (docket #28) on August 2, 2006. Mr. Jones alleges that Parole Officer Terry Goodman shouldn't have been dismissed as a defendant. He alleges the court failed to address the claim made in complaint that Goodman imposed special stipulations upon him in violation of his equal protection rights. As in his complaint, Mr. Jones says that Goodman violated his rights by imposing a special stipulation upon him which lacked a rational basis, but that Goodman failed to request that same stipulation for other parolees. This claim was address in the court's order of June 20, 2006. Mr. Jones' equal protection rights were not violated as a result of Goodman's imposition of the special stipulations. The motion for reconsideration (docket #28) is **DENIED**.

SO ORDERED on August 7, 2006

S/ ALLEN SHARP
ALLEN SHARP, JUDGE
UNITED STATES DISTRICT COURT